IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ASHLEY BROWN EL**                                                                                     **PLAINTIFF**
**#176588**

v.                                  Case No. 4:23-cv-00723-KGB

**USA,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

Plaintiff Ashley Brown El, an inmate at the White County Detention Center, filed a *pro se* complaint on July 24, 2023 (Dkt. No. 1). Ms. Brown El did not pay the requisite filing fee or move to proceed *in forma pauperis*. On August 30, 2023, the Court directed Ms. Brown El either to pay the $402.00 filing fee or file a completed application to proceed *in forma pauperis* within 30 days (Dkt. No. 2). In its Order, the Court advised Ms. Brown El that, if she failed to pay the filing fee or file an application to proceed *in forma pauperis*, the case would be dismissed without prejudice (*Id.*). Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). The Court mailed a copy of the Order to Ms. Brown El at her address of record along with an application to proceed *in forma pauperis* (*Id.*). After Ms. Brown El's mail was returned to sender, on September 19, 2023, the Court entered an Order to Show Cause ordering Ms. Brown El to provide a valid mailing address (Dkt. Nos. 4–8). The Order to Show Cause was also returned marked as undeliverable (Dkt. No. 9).

As of the date of this Order, Ms. Brown El has not complied with the Court's Orders and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 27th day of January, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge