**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ASHLEY BROWN EL**                                                                    **PLAINTIFF**
**#176588**

**v.**                                      **Case No. 4:23-cv-00723-KGB**

**USA,** ***et al.***                                                                 **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Ashley Brown El's complaint is dismissed without prejudice (Dkt. No. 1).  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 27th day of January, 2026.


_____
Kristine G. Baker
Chief United States District Judge